UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

WILLIAM ALLEN,

        Petitioner,

  -v-                                    No.  09 CV 5832-LTS

JAMES J. WALSH,

        Respondent.

-------------------------------------------------------x

ORDER

The Court has received a letter from pro se Petitioner William Allen dated February 14, 2020, providing a "status report" on his CPL 440 motions pending in New York State Supreme Court, Bronx County.  (See Docket Entry No. 39.)  In his letter, Mr. Allen states that he has not yet received decisions with regards to his motions filed in October 2012 and July 2018, in his state actions.  (Id.)  Mr. Allen asks this Court for help in inquiring about the status of these pending motions.  (Id.)

With regard to the status of Mr. Allen's October 2012 motion, the Court has contacted Ms. Jan Hoth, Mr. Allen's attorney in his state court action, who has indicated that she can provide Mr. Allen with the information he seeks.  Therefore, the Court directs Mr. Allen to contact Ms. Hoth to inquire about the status of his October 2012 motion.

The Court has also contacted the Clerk's Office in the Bronx County to inquire about the status of Mr. Allen's July 2018 motion.  The Court was informed that a decision was issued with respect to a September 2018 motion in December 2018.  For further information, Mr.

Allen should contact the Clerk's Office of New York State Supreme Court, Bronx County.

SO ORDERED.

Dated: New York, New York
February 28, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:
William Allen
03-A-4303
Sullivan Correctional Facility
P.O. Box 116
325 Riverside Drive
Fallsburg, NY 12733