UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WILLIAM ALLEN

                -v-                                             No.   09 CV 5832-LTS

JAMES J. WALSH,

        Defendant.

-------------------------------------------------------x

## ORDER

Pursuant to the Court's order entered November 2, 2021, Mr. Allen was directed to file a further status report by February 1, 2022.  (Docket entry no. 49.)  In light of the COVID-19 pandemic, the deadline for the submission of Mr. Allen's status report is hereby extended to March 15, 2022.  The Chamebers will mail a copy of this order to Mr. Allen.

SO ORDERED.

Dated: New York, New York
        February 3, 2022

                                                                                     /s/ Laura Taylor Swain
                                                                               LAURA TAYLOR SWAIN
                                                                               Chief United States District Judge

**Copy to be Mailed to:**

William M. Allen Jr., # 03A4303
Sullivan Correctional Facility
PO Box 116, Loc. AN/134
Fallsburg, NY 12733-0116