UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WILLIAM ALLEN,

       Petitioner,

  -v-                                        No.   9 CV 5832-LTS

JAMES WALSH,

       Respondent.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed Mr. Allen's latest status report, dated February 21, 2022. Mr. Allen reports that his state court post-conviction proceedings are still pending before the Appellate Division. In light of the continued pendency of Mr. Allen's state court proceedings, the Court will continue to hold the habeas petition in abeyance. Mr. Allen shall file a further status report by September 2, 2022.

Mr. Allen poses a question to the Court, inquiring about the meaning of a filing that he received in the mail—namely, the Notice of Appearance recently filed in this case by Ms. Michelle Maerov, counsel for Respondent. (Docket entry no. 52.) This filing simply notifies the Petitioner and the Court that Ms. Maerov will be acting as an attorney for Respondent in this case. The Court has added her information to the list of attorneys on the docket and there is no additional action that needs to be taken based on the filing.

Mr. Allen also notes that he did not receive a copy of the Court's November 2, 2021, order endorsing his previous status report.  Chambers will mail to Mr. Allen a copy of the November 2, 2021, order, as well as a copy of the current order.

SO ORDERED.

Dated: New York, New York
March 2, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy to be Mailed to:**

William M. Allen Jr., # 03A4303
Sullivan Correctional Facility
PO Box 116, Loc. AN/134
Fallsburg, NY 12733-0116